

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FRED SHAKIB | : | CIVIL ACTION NO. |
| | : | |
| vs. | : | |
| | : | |
| TRANS UNION, LLC, et al | : | 13-6817 |

**ORDER**

FILED
JUN 20 2014
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

AND NOW, this 19th day of June, 2014, it is hereby ORDERED that the settlement conference in the above-captioned matter has been rescheduled to <u>August 7, 2014 at 2:00 p.m.</u> **All** parties necessary to settle the case or delegate(s) with **full** authority **must** attend this conference, unless excused by this court in advance.

_Carol Sandra Moore Wells_
CAROL SANDRA MOORE WELLS
CHIEF UNITED STATES MAGISTRATE JUDGE

ENTERED
JUN 20 2014
CLERK OF COURT